CHARLES BLONDEL, JR. v. FORD MOTOR
CREDIT COMPANY.

November 12, 1984.

Petition for certification denied.

SUSAN CHOMSKY v. STEVEN CHOMSKY.

November 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWIN MENDEZ.

November 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD CARTER.

November 12, 1984.

Petition for certification denied.